

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00785-CV

Larry **SPRENCEL**,
Appellant

v.

**VALLEY RIDGE MHC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV02714
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: September 27, 2023

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM